## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

SOMANGSHU MUKHERJI,

        Plaintiff,

v.

UNIVERSITY OF MICHIGAN
BOARD OF REGENTS, et al,

        Defendants.

Case No. 25-cv-13431
Hon. Matthew F. Leitman

_____/

| | |
|---|---|
| **SALVATORE PRESCOTT** | **BUTZEL LONG** |
| **PORTER & PORTER PLLC** | By:   **Daniel B. Tukel (P34978)** |
| By:   **Hideaki Sano (P61877)** | 201 West Big Beaver, Suite 1200 |
| 105 E. Main Street | Troy, Michigan  48084 |
| Northville, Michigan  48167 | (248) 258-1616 |
| (248) 679-8711 | **Attorneys for Defendants** |
| **Attorney for Plaintiff** | |

_____/

## STIPULATED ORDER STAYING PROCEEDINGS

In accordance with the stipulation of the parties, the Court being advised that plaintiff has pending, in the related case 23-cv-12147, a Motion to Amend in which he seeks to amend the Complaint in that case to add the same claims pending here, defendant opposing that Amendment, the motion to amend being fully briefed and awaiting a hearing or decision, and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that defendants need take no further action regarding a response to the Complaint until further Order of the Court.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 5, 2026

**I STIPULATE TO THE ENTRY OF
THE ABOVE ORDER:**

s/Hideaki Sano (w/consent)
Hideaki Sano
105 E. Main Street
Northville, Michigan  48167
(248) 679-8711
sano@spplawyers.com
P61877

s/Daniel B. Tukel
Daniel B. Tukel
201 W. Big Beaver Road
Suite 1200
Troy, Michigan 48084
(248) 258-1616
tukel@butzel.com
(P34978)