UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOMANGSHU MUKHERJI,

       Plaintiff,

v.

UNIVERSITY OF MICHIGAN
BOARD OF REGENTS, *et al.*,

       Defendants.

Case No. 25-cv-13431
Hon. Matthew F. Leitman

_____/

### ORDER DISMISSING CASE WITHOUT PREJUDICE

This case is **DISMISSED WITHOUT PREJUDICE** as moot.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 18, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 18, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

1